April 4, 1979

408 A.2d 525

Mancini Leasing, Inc., Appellant, v. Plasteel
Products Corporation.

Petition for Allowance of Appeal Denied Aug. 16, 1979.

Argued October 28, 1978.   Anthony J. Seneca, for appellant;   W.
Bryan Pizzi, II, for appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.